No. 271, Misc.   CALDWELL v. BANNAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 272, Misc.   KANCAR v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 274, Misc.   GREENE v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 275, Misc.   MASON v. NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 277, Misc.   OLLIS v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 278, Misc.   STEWART v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 280, Misc.   FERRELL v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 281, Misc.   MAGNER v. HOBBY, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 2d Cir.   Certiorari denied.   *Roderick B. Travis* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.

No. 282, Misc.   DAVIDSON v. BUCKMAN, ATTORNEY GENERAL, ET AL.   Court of Appeals of Kentucky.   Certiorari denied.